UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO LIZ, on behalf of himself and all others
similarly situated,

                              Plaintiff,

           -v-

TENG TEA, LLC,

                              Defendant.

CIVIL ACTION NO. 25 Civ. 248 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the initial case management conference held today, May 1, 2025, a telephone conference with counsel only to discuss the parties' positions on settlement is scheduled for **Tuesday, June 17, 2025 at 2:15 p.m. ET** on the Court's conference line.  Counsel are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

It is **FURTHER ORDERED** that the parties' proposed case management plan (ECF No. 13) is **HELD IN ABEYANCE** pending the settlement conference in this matter.

Dated:     New York, New York
           May 1, 2025

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**