UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――x
PEDRO LIZ, on behalf of himself and
all others similarly situated,

                Plaintiff,

-against-

TENG TEA, LLC,

                Defendant.
―――――――――――――――――――――――――x

Civil Action No.

1:25-cv-248

**JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE**

Plaintiff, Pedro Liz, and Defendant, Teng Tea, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: August 15, 2025

By: _/s/ Gabriel Levy_____

Gabriel A. Levy, Esq.
   *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: _____

David Stein, Esq.
   *Attorneys for Defendant*
Stein & Nieporent LLP
1441 Broadway
Suite 6090
New York, NY 10018
T: 212-308-3444
Dstein@steinllp.com